# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NIKCI BOYD, | ) |
| Plaintiff, | ) Case No. 2:14-cv-02043-GMN-GWF |
| vs. | ) **ORDER** |
| OFFICER HUNTER, | ) |
| Defendants. | ) |

On December 5, 2014, Plaintiff Nikci Boyd filed he Complaint (ECF No. 1). However, Plaintiff failed to pay a filing fee or file an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 plus an additional $50 administrative fee is required to commence a civil action in federal district court. The court may authorize the commencement of an action without prepayment of fees and costs or security if the plaintiff is granted *in forma pauperis* status by the Court. 28 U.S.C. § 1915(a)(1). To proceed *in forma pauperis*, a plaintiff must submit an *in forma pauperis* application to the Court, accompanied by an *In Forma Pauperis* Motion Financial Certificate and a copy of the plaintiff's prison account statement showing the current balance of the account.

Should Plaintiff decide to apply for *in forma pauperis* status, she is notified that she will still be required to pay a total amount of $4000.00, which will be deducted from her prison account in installments. Pursuant to the Prison Litigation Reform Act of 1995, the District Court is required to assess a fee where a prisoner is granted leave to proceed *in forma pauperis* in a civil action and the prison officials are required to collect and remit the money to the Court. *See* 28 U.S.C. § 1915(b)(1)-(2). Pursuant to the *In Forma Pauperis* ("IFP") Motion Financial Certificate, a plaintiff must pay a filing fee of $400.00. If the plaintiff does not have $400.00, the plaintiff will be required to pay either

20% of the average monthly balance or 20% of the average monthly deposits, whichever is greater. Furthermore, the plaintiff will be required to pay installments of 20% of the preceding month's deposits to the account in months that the account balance exceeds $10.00. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall send Plaintiff an Application to Proceed *In Forma Pauperis* (Prisoner), *In Forma Pauperis* Motion Financial Certificate and Instructions for the Application to Proceed *In Forma Pauperis*.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **thirty (30) days** from the date of this order to either pay the appropriate filing fee of $400.00, or submit a completed application and affidavit in support of her request to proceed *in forma pauperis*. Plaintiff's failure to comply with this order will result in the recommendation that this action be dismissed.

DATED this 31st day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge