# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NIKCI BOYD,<br><br>                Plaintiff,<br>vs.<br><br>OFFICER HUNTER,<br><br>                Defendant. | Case No.: 2:14-cv-02043-GMN-GWF<br><br>**ORDER** |

On December 5, 2014, Plaintiff Nikci Boyd ("Plaintiff") filed initiating documents. (ECF No. 1). However, Plaintiff failed to pay a filing fee or file an application to proceed *in forma pauperis*. On August 31, 2016, Magistrate Judge George Foley, Jr., issued an Order providing Plaintiff thirty (30) days to either pay the appropriate filing fee or submit a completed application to proceed *in forma pauperis*. To date, Plaintiff has failed to abide by the Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice**. The Clerk of Court is instructed to close the case.

**DATED** this __10__ day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge